Steven R. Blackburn, State Bar No. 154797
Andrew J. Sommer, State Bar No. 192844
Brooke A. Brown, State Bar No. 242815
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone:    415.398.3500
Facsimile:     415.398.0955
sblackburn@ebglaw.com
asommer@ebglaw.com
bbrown@ebglaw.com

Attorneys for Defendant QUEST DIAGNOSTICS
CLINICAL LABORATORIES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE REGINA,<br><br>             Plaintiff,<br><br>      v.<br><br>HUNTMONT MEDICAL BUILDING, A CALIFORNIA LIMITED PARTNERSHIP, QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC. and DOES 1-10, Inclusive,<br><br>             Defendants. | CASE NO.  C 09-05362 ADR SBA<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING DEFENDANT QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC. TO FILE A CROSS-COMPLAINT AGAINST DEFENDANT HUNTMONT MEDICAL BUILDING** |

Plaintiff Bonnie Regina and Defendants Huntmont Medical Building and Quest Diagnostics Clinical Laboratories, Inc., by and through their counsel of record, hereby stipulate as follows:

On November 13, 2009, Plaintiff Bonnie Regina filed a Complaint against Defendants Huntmont Medical Building ("Huntmont") and Quest Diagnostics Clinical Laboratories, Inc., ("Quest") alleging a variety of claims for denial of accessible public facilities. After answering the Complaint, Quest discovered facts indicating that it is entitled to seek indemnification by Huntmont, the Quest Diagnostics facility's landlord, for Plaintiff's claims. Therefore, it is

necessary for Quest to file a cross-complaint against Huntmont to preserve its claims for indemnification and other related causes of action.

    IT IS HEREBY STIPULATED that Defendant Quest Diagnostics Clinical Laboratories, Inc. may file a Cross-Complaint against Defendant Huntmont Medical Building.

DATED:                                      LAW OFFICES OF PAUL L. REIN

By: _____
    Paul L. Rein
    Celia McGuinness
Attorneys for Plaintiff
BONNIE REGINA

DATED:                                      MURCHISON & CUMMING, LLP

By: _____
    Melissa Wood Eisenberg
Attorneys for Defendant
HUNTMONT MEDICAL BUILDING

DATED:  May 13, 2010               EPSTEIN BECKER & GREEN, P.C.

By:  /s/*Andrew J. Sommer*
    Steven R. Blackburn
    Andrew J. Sommer
    Brooke A. Brown
Attorneys for Defendant QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.

## ORDER

Pursuant to the Stipulation above, Defendant Quest Diagnostics Clinical Laboratories, Inc. is granted leave to file a cross-complaint against Defendant Huntmont Medical Building. Defendant shall file and serve its cross-complaint within **14 days of the date this Order is filed.** In light of the anticipated cross-complaint, the case management conference scheduled for June 24, 2010 is **CONTINUED** to **July 22, 2010 at 3:15 p.m.**  The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court.  Plaintiff shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.  Defendant shall serve a copy of this Order on Cross-Defendant along with its cross-complaint.

IT IS SO ORDERED.

Date: 5/17/10

*Saundra B. Armstrong*
HON. SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE