LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

1  PAUL L. REIN, Esq. (SBN 43053)
2  CELIA MCGUINNESS, Esq. (SBN 159420)
   CATHERINE M. CABALO, Esq. (SBN 248198)
3  LAW OFFICES OF PAUL L. REIN
   200 Lakeside Drive, Suite A
4  Oakland, CA 94612
   Telephone: 510/832-5001
5  Facsimile: 510/832-4787
   reinlawoffice@aol.com

6  Attorneys for Plaintiff
   BONNIE REGINA

7  * List of Defendants and their respective counsel listed after the caption.
8

9              IN THE UNITED STATES DISTRICT COURT

10           IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12
   BONNIE REGINA,                         CASE NO. C09-5362 SBA
13
        Plaintiff,                        Civil Rights
14
   v.
15                                        **STIPULATION AND ORDER
                                          CONTINUING CASE
16 HUNTMONT MEDICAL BUILDING,             MANAGEMENT CONFERENCE**
   A CALIFORNIA LIMITED
17 PARTNERSHIP; QUEST
   DIAGNOSTICS CLINICAL
18 LABORATORIES, INC.; and DOES
   1-10, Inclusive,
19
        Defendants.
20 _____/

21 MELISSA WOOD EISENBERG, Esq. (SBN 197399)
   MURCHISON & CUMMING LLP
22 2010 Crow Canyon Place, Suite 380
   San Ramon, CA 94583
23 Telephone: 925/365-3170
   Facsimile: 925/365-3180
24 meisenberg@murchisonlaw.com

25
   Attorneys for Defendant:
26 HUNTMONT MEDICAL BUILDING

27 STEVEN R. BLACKBURN, Esq. (SBN 154797)
   ANDREW J. SOMMER, Esq. (SBN 192844)
28 BROOKE A. BROWN, Esq. (SBN 242815)

STIPULATION AND [PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE
CASE NO. C09-5362 SBA                    -1-                    G:\SBALC2\Keith\Civil\09-5362 - Regina - Order Cont CMC.wpd

EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, CA 94111-5427
Telephone:  415/398-3500
Facsimile:   415/398-0955
sblackburn@ebglaw.com
asommer@ebglaw.com
bbrown@ebglaw.com

Attorneys for Defendant:
QUEST DIAGNOSTICS CLINICAL
LABORATORIES, INC.

## STIPULATION

Plaintiff BONNIE REGINA and Defendants HUNTMONT MEDICAL BUILDING and QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC. hereby jointly stipulate and request through their attorneys of record as follows:

Pursuant to General Order 56, on April 8, 2010, the parties conducted a site inspection of the subject premises.

The parties are presently waiting for the report of Plaintiff's expert, Barry Atwood, in order to complete the requirements of General Order 56 and move forward with settlement efforts.

On July 8, 2010, counsel for the parties participated in a telephone conference with Daniel Bowling of the United States District Court ADR Program.  During this telephone conference, the parties discussed Mr. Atwood's forthcoming expert report and a schedule by which Plaintiff would make an injunctive relief demand and Defendants would respond.  Based on this discussion, a further telephone conference with all counsel and Mr. Bowling is scheduled for September 9, 2010.

A Case Management Conference with the Court is presently scheduled for July 22, 2010, at 3:15 p.m.

The parties hereby agree and stipulate that the Case Management Conference with the Court be rescheduled for sometime in October or November

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE
CASE NO. C09-5362 SBA                                  -2-                          G:\SBALC2\Keith\Civil\09-5362 - Regina - Order Cont CMC.wpd

1  of 2010 to allow the parties to move forward with settlement efforts and complete
2  the requirements of General Order 56.
3      The parties agree and stipulate that continuing the Case Management
4  Conference will promote a more efficient resolution of the case, keeping fees and
5  costs down for both sides.  Moreover, the parties agree and stipulate that moving
6  the Case Management Conference date will make the conference more effective
7  because both parties will have garnered sufficient information to fully evaluate
8  their respective cases.
9      **IT IS SO STIPULATED.**

11 Dated: July 12, 2010            LAW OFFICES OF PAUL L. REIN

13                                  /s/ Catherine M. Cabalo
                                    By: Catherine M. Cabalo, Esq.
                                    Attorneys for Plaintiff
14                                  BONNIE REGINA

15 Dated: July 12, 2010            EPSTEIN BECKER & GREEN, P.C.

18                                  /s/ Andrew J. Sommer
                                    By: Andrew J. Sommer, Esq.
                                    Attorneys for Defendant QUEST
19                                  DIAGNOSTICS CLINICAL
                                    LABORATORIES, INC.

21 Dated: July 12, 2010            MURCHISON & CUMMING, LLP

24                                  /s/ Melissa Wood Eisenberg
                                    By: Melissa Wood Eisenberg, Esq.
                                    Attorneys for Defendant
25                                  HUNTMONT MEDICAL BUILDING

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE
CASE NO. C09-5362 SBA     -3-     G:\SBALC2\Keith\Civil\09-5362 - Regina - Order Cont CMC.wpd

**LAW OFFICES OF**
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

# ORDER

Good cause having been shown, the Court grants the parties' stipulation and request to continue the Case Management Conference in this case to 10/6/10 at 3:30 p.m. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 7/19/10

*Saundra B Armstrong*
SAUNDRA B. ARMSTRONG
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE
CASE NO. C09-5362 SBA                                    -4-                      G:\SBALC2\Keith\Civil\09-5362 - Regina - Order Cont CMC.wpd