PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:   510/832-5001
Facsimile:   510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
BONNIE REGINA

\* List of Defendants and their respective counsel listed after the caption.

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE REGINA, | CASE NO. C09-5362 SBA |
| Plaintiff, | <u>Civil Rights</u> |
| v. | |
| HUNTMONT MEDICAL BUILDING, A CALIFORNIA LIMITED PARTNERSHIP; QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.; and DOES 1-10, Inclusive, | **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE OR DEADLINE TO FILE UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| Defendants. | |
| _____/ | |

MELISSA WOOD EISENBERG, Esq. (SBN 197399)
MURCHISON & CUMMING LLP
2010 Crow Canyon Place, Suite 380
San Ramon, CA 94583
Telephone:   925/365-3170
Facsimile:   925/365-3180
meisenberg@murchisonlaw.com

Attorneys for Defendant:
HUNTMONT MEDICAL BUILDING

STEVEN R. BLACKBURN, Esq.  (SBN 154797)
ANDREW J, SOMMER, Esq.  (SBN 192844)
BROOKE A. BROWN, Esq.  (SBN 242815)
EPSTEIN BECKER & GREEN, P.C.

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
OR DEADLINE TO FILE UPDATED JOINT CMC STATEMENT
CASE NO. C09-5362 SBA                         1

C:\Documents and Settings\Workstation\Local Settings\Temp\notes06E812\20101223 Stipulated Order Continuing CMC (FINAL)_mtd.wpd

1  One California Street, 26th Floor
   San Francisco, CA 94111-5427
2  Telephone:  415/398-3500
   Facsimile:   415/398-0955
3  sblackburn@ebglaw.com
   asommer@ebglaw.com
4  bbrown@ebglaw.com

5  Attorneys for Defendant:
   QUEST DIAGNOSTICS CLINICAL
6  LABORATORIES, INC.

7

8                    **STIPULATION**

9         Plaintiff BONNIE REGINA and Defendants HUNTMONT

10 MEDICAL BUILDING and QUEST DIAGNOSTICS CLINICAL

11 LABORATORIES, INC. hereby jointly stipulate and request through their

12 attorneys of record as follows:

13         A telephone Case Management Conference ("CMC") with the Court

14 is presently scheduled for February 3, 2011, at 2:30 p.m.  Assuming the parties'

15 updated Joint CMC statement is due the usual ten days prior to the CMC, the

16 parties' updated Joint CMC Statement will be due on January 24, 2011.

17         The parties are scheduled to participate in mediation in this case with

18 Daniel Bowling of the Northern District of California ADR Program on January

19 24, 2011 at 10:00 a.m.

20         The parties hereby agree and stipulate that the CMC with the Court

21 be rescheduled for sometime later in February 2011 or that the deadline for the

22 parties' updated Joint CMC Statement be continued to a date after January 28,

23 2011 to allow the parties to mediate this case and continue with settlement efforts

24 without also having to prepare an updated Joint CMC Statement at the same time.

25         The parties agree and stipulate that continuing the CMC or the

26 deadline for the parties to file an updated Joint CMC Statement will promote a

27 more efficient resolution of the case, keeping fees and costs down for both sides.

28 //

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
OR DEADLINE TO FILE UPDATED JOINT CMC STATEMENT
CASE NO. C09-5362 SBA                                              2
C:\Documents and Settings\Workstation\Local Settings\Temp\notes06E812\20101223 Stipulated Order Continuing CMC (FINAL)_mtd.wpd

**IT IS SO STIPULATED.**

Dated: December 23, 2010          LAW OFFICES OF PAUL L. REIN

                                                  /s/ Catherine M. Cabalo
By: Catherine M. Cabalo, Esq.
Attorneys for Plaintiff
BONNIE REGINA

Dated: December 14, 2010          EPSTEIN BECKER & GREEN, P.C.

                                                  /s/ Andrew J. Sommer
By: Andrew J. Sommer, Esq.
Attorneys for Defendant QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.

Dated: December 21, 2010          MURCHISON & CUMMING, LLP

                                                  /s/ Melissa Wood Eisenberg
By: Melissa Wood Eisenberg, Esq.
Attorneys for Defendant
HUNTMONT MEDICAL BUILDING

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
OR DEADLINE TO FILE UPDATED JOINT CMC STATEMENT
CASE NO. C09-5362 SBA          3          C:\Documents and Settings\Workstation\Local Settings\Temp\notes06E812\20101223 Stipulated Order Continuing CMC (FINAL)_mtd.wpd

# ORDER

Good cause having been shown, the Court grants the parties' stipulation and request to continue the Case Management Conference in this case to April 28, 2011, at 2:45 p.m. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 1/5/11

*Saundra B Armstrong*
SAUNDRA B. ARMSTRONG
United States District Court Judge

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
OR DEADLINE TO FILE UPDATED JOINT CMC STATEMENT
CASE NO. C09-5362 SBA     4     C:\Documents and Settings\Workstation\Local Settings\Temp\notes06E812\20101223 Stipulated Order Continuing CMC (FINAL)_mtd.wpd