**LAW OFFICES OF PAUL L. REIN**
Paul L. Rein (SBN 43053)
Celia McGuinness (SBN 159420)
Catherine M. Cabalo (SBN 248198)
200 Lakeside Drive, Suite A
Oakland, California  94612
Telephone:    (510) 832-5001
Facsimile:    (510) 832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
BONNIE REGINA

*(Defense counsel listed after caption)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE REGINA,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>HUNTMONT MEDICAL BUILDING, A CALIFORNIA LIMITED PARTNERSHIP; QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.; and DOES 1-10, Inclusive,<br><br>　　　　　　Defendants. | Case No.  C09-5362 SBA<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CLAIMS WITH PREJUDICE**<br><br>Judicial Officer:    Hon. Saundra B. Armstrong |

**MURCHISON & CUMMING LLP**
Melissa Wood Eisenberg, Esq. (SBN 197399)
Embarcadero Center West
275 Battery Street, Suite 550
San Francisco, California 94111
Phone: (415) 524-4300
Fax: (415) 391-2058
meisenberg@murchisonlaw.com

Attorneys for Defendant:
HUNTMONT MEDICAL BUILDING

**EPSTEIN BECKER & GREEN, P.C.**
Steven R. Blackburn, Esq.  (SBN 154797)
Andrew J. Sommer, Esq.  (SBN 192844)
Brooke A. Brown, Esq.  (SBN 242815)
One California Street, 26th Floor
San Francisco, CA 94111-5427
Telephone:  415/398-3500
Facsimile:   415/398-0955
sblackburn@ebglaw.com
asommer@ebglaw.com
bbrown@ebglaw.com

Attorneys for Defendant:
QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.

     Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Bonnie Regina ("Plaintiff") and defendants, by and through their respective attorneys of record, stipulate that:

     1.    Plaintiff's Complaint in the above-entitled action shall be dismissed with prejudice as against all defendants;

     2.    The Court will retain jurisdiction to enforce the Consent Decree previously entered as an Order by the Court; and

     3.    All parties shall bear her or its own costs and fees in the action.

     IT IS SO STIPULATED.

| | |
|---|---|
| Date: April 18, 2011 | **LAW OFFICES OF PAUL L. REIN** |
| | By:\_\_\_\_\_/s/ Catherine M. Cabalo_____ |
| | Catherine M. Cabalo, Esq. |
| | Attorneys for PLAINTIFF BONNIE REGINA |
| Date: April 18, 2011 | **MURCHISON & CUMMING LLP** |
| | By:\_\_\_\_\_/s/ Melissa Wood Eisenberg_____ |
| | Melissa Wood Eisenberg, Esq. |
| | Attorneys for DEFENDANT HUNTMONT MEDICAL BUILDING |
| Date: April 18, 2011 | **EPSTEIN BECKER & GREEN, P.C.** |
| | By:\_\_\_\_\_/s/ Andrew J. Sommer_____ |
| | Andrew J. Sommer, Esq. |
| | Attorneys for DEFENDANT QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC. |

**<u>ORDER</u>**

Having reviewed the above Stipulation for Dismissal of Claims with Prejudice, IT IS HEREBY ORDERED that:

1. Plaintiff's Complaint in the above-entitled action shall be dismissed with prejudice as against all defendants;

2. The Court will retain jurisdiction to enforce the Consent Decree previously entered as an Order by the Court.

3. Each party shall bear her or its own costs and fees in the action.


Dated: 4/27/11 _____

_____   *Saundra B Armstrong*
                                HON. SAUNDRA B. ARMSTRONG
                                U.S. DISTRICT COURT JUDGE